IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-cv-62380

SREAM, INC., a California Corporation,
Plaintiff,

v.

ROACH CORP., a Florida Corporation,
Defendant.

_____/



FILED BY _____ D.C.

JUL 05 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Jamie Sasson, Esquire
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, FL 33441
Email: SPorfido@legalbrains.com;
Serv513@LegalBrains.com;
Serv555@LegalBrains.com

Justin Carlin, Esquire
The Carlin Law Firm, PLLC
1 Financial Plz, Ste 2510
Fort Lauderdale, FL 33394-0038
Email: jcarlin@carlinfirm.com;
eservice@carlinfirm.com

## AMENDED NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:* **Samuel L. Heller**
*Mediation Date:* **June 29, 2017**
*Mediation Time:* **10:00 a.m.**
*Mediation Location:* **The Ticktin Law Group, 270 SW Natura Ave., Deerfield Beach, FL 33441**
*Time Reserved:* **2.00 Hours**

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Tuesday, June 27, 2017.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: _____

**Samuel L. Heller, Esquire**
**FL Bar No. 35148**

DAYTONA BEACH ✦ MAITLAND/ORLANDO ✦ OCALA ✦ JACKSONVILLE ✦ FORT LAUDERDALE ✦ WEST PALM BEACH ✦ MIAMI ✦ BIRMINGHAM